IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PIERRE J. CANNON,<br><br>    Defendant. | *<br>*<br>*<br>*   CASE NO. 4:95-cr-30-CDL-MSH-1<br>*<br>* |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 2, 2021 is hereby approved, adopted, and made the Order of the Court.

The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 29th day of September, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA